IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lorraine E. Ewing | : | |
| William Ewing, Jr. | : | |
| Debtors | : | BANKRUPTCY NO.: 19-13281 MDC |

## O R D E R TO CONTINUE THE AUTOMATIC STAY

AND NOW, this 18th day of June 2019, upon consideration of Debtor's Motion to Continue the Automatic Stay, it is hereby, ORDERED AND DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case. *served with the Motion*

BY THE COURT:

*Magdeline D. C___*
Honorable Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:  United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

William C. Miller, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com