United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13281-mdc
Lorraine E. Ewing                                                               Chapter 13
William Ewing, Jr.
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Jun 19, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db/jdb         +Lorraine E. Ewing,    William Ewing, Jr.,    3642 Prince Circle,    Philadelphia, PA 19114-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
          BRANDON J. PERLOFF    on behalf of Joint Debtor William  Ewing, Jr. bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
          BRANDON J. PERLOFF    on behalf of Debtor Lorraine E. Ewing bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
          KEVIN G. MCDONALD    on behalf of Creditor   Specialized Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lorraine E. Ewing | : | |
| William Ewing, Jr. | : | |
| Debtors | : | BANKRUPTCY NO.: 19-13281 MDC |

## O R D E R TO CONTINUE THE AUTOMATIC STAY

AND NOW, this *18th* day of *June* 2019, upon consideration of Debtor's Motion to Continue the Automatic Stay, it is hereby, ORDERED AND DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors, for the duration of this case. *served with the Motion*

BY THE COURT:

*Magdeline D. C—*
Honorable Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

       William C. Miller, Chapter 13 Trustee
       ecfemails@ph13trustee.com, philaecf@gmail.com