**AMTRAK**

National Railroad Passenger Corp.
Payroll Operations
10 G Street, NE - 3W132
Washington, DC 20002

Corporate Headquarters
1 Massachusetts Ave NW
Washington DC 20001
866-247-2915

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

| | |
|---|---|
| Employee Name | Lorraine E Ewing |
| Personnel No. | 00017320 |
| Check Sequence | WN021 |
| Rate of Pay | 3022.86 |
| Pay Period | Starting: 04/22/2019 Ending: 05/05/2019 |
| Pay Area | B2 Blwkly Exmt(Mon-Sun) |
| Payment Number | 00017320001397001 |
| Payment Date | 05/03/2019 |

Ms Lorraine E Ewing
3642 Prince Cir
Philadelphia PA 19114

**MESSAGE**
You received the updated Standards of Excellence which includes info about Amtrak's Mission, Goals and Core Values. Please take time to review and address any questions to your manager or one of the listed contacts.

**TIME QUOTA**

| | ACCRUED | USED | LUMP SUM | BALANCE |
|---|---|---|---|---|
| PTO | 246.00 | 0.00 | 0.00 | 246.00 |

**DIRECT DEPOSIT NOTIFICATION**

| BANK NAME | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| CITIZENS BANK OF PENNSYLVANIA | **** | 50.00 |
| RIVERFRONT FCU | **** | 1,461.66 |

**TOTALS**

| | TOTAL GROSS WAGES | TAXES | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | ADJUSTMENTS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,022.86 | 786.29 | 619.94 | 104.97 | 0.00 | 1,511.66 |
| YEAR TO DATE | 27,205.74 | 7,076.48 | 5,579.46 | 918.49 | 0.00 | 13,631.31 |

**EARNINGS AND HOURS**

| DESCRIPTION | HOURS | EARNINGS | YTD |
|---|---|---|---|
| REGULAR EARNING | 80.00 | 3,022.86 | 27,205.74 |
| IMPUTED INCOME | 0.00 | 8.83 | 79.47 |

**DEDUCTIONS AND BENEFITS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 401(K) PRE TAX | 332.51 | 2,992.59 |
| MED PRE TAX | 209.91 | 1,889.19 |
| DENTAL PRE TAX | 19.85 | 178.65 |
| UNION DUES | 0.00 | 370.24 |
| 401(K) LOANS | 66.08 | 198.24 |
| POST TX BENEFIT | 38.89 | 350.01 |
| HSA Pre-Tax | 50.00 | 450.00 |
| Vision Pre-Tax | 7.67 | 69.03 |

**TAX INFORMATION - STATUS AND RECAP**

| | | | | CURRENT | | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Authority | Status | No. Ex. | Add'l Tax $ | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips |
| Federa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 200.64 | 0.00 | 21,705.75 | 0.00 | 0.00 | 1,805.76 | 0.00 |
| Federa RRT1 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 170.15 | 0.00 | 24,698.34 | 0.00 | 0.00 | 1,531.30 | 0.00 |
| Federa RRT2 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 134.47 | 0.00 | 24,698.34 | 0.00 | 0.00 | 1,210.22 | 0.00 |
| Federa MED | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 39.80 | 0.00 | 24,698.34 | 0.00 | 0.00 | 358.13 | 0.00 |
| Delawa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 100.88 | 0.00 | 21,705.75 | 0.00 | 0.00 | 907.92 | 0.00 |
| Wilmin W/H | | 01 | 0.00 | 2,735.43 | 0.00 | 0.00 | 34.19 | 0.00 | 24,618.87 | 0.00 | 0.00 | 307.71 | 0.00 |
| Philad W/H | | 00 | 0.00 | 2,735.43 | 0.00 | 0.00 | 106.16 | 0.00 | 24,618.87 | 0.00 | 0.00 | 955.44 | 0.00 |

**AMTRAK**

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

Corporate Headquarters
1 Massachusetts Ave NW
Washington DC 20001
866-247-2915

National Railroad Passenger Corp.
Payroll Operations
10 G Street, NE - 3W132
Washington, DC 20002

| | |
|---|---|
| Employee Name | Lorraine E Ewing |
| Personnel No. | 00017320 |
| Check Sequence | WN021 |
| Rate of Pay | 3022.86 |
| Pay Period | Starting: 04/08/2019 Ending: 04/21/2019 |
| Pay Area | B2 Biwkly Exmt(Mon-Sun) |
| Payment Number | 0001732001395001 |
| Payment Date | 04/19/2019 |

Ms Lorraine E Ewing
3642 Prince Cir
Philadelphia PA 19114

**MESSAGE**
You received the updated Standards of Excellence which includes info about Amtrak's Mission, Goals and Core Values. Please take time to review and address any questions to your manager or one of the listed contacts.

| TIME QUOTA | ACCRUED | USED | CUR BRM | BALANCE |
|---|---|---|---|---|
| PTO | 248.00 | 0.00 | 0.00 | 248.00 |

| BANK NAME | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| CITIZENS BANK OF PENNSYLVANIA | **** | 50.00 |
| RIVERFRONT FCU | **** | 1,461.68 |

**TOTALS**

| | TOTAL GROSS WAGES | TAXES | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | ADJUSTMENTS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,022.86 | 786.27 | 619.94 | 104.97 | 0.00 | 1,511.68 |
| YEAR TO DATE | 24,182.88 | 6,290.19 | 4,959.52 | 813.52 | 0.00 | 12,119.65 |

**EARNINGS AND HOURS**

| DESCRIPTION | HOURS | EARNINGS | YTD |
|---|---|---|---|
| REGULAR EARNING | 80.00 | 3,022.86 | 24,182.68 |
| IMPUTED INCOME | 0.00 | 8.83 | 70.64 |

**DEDUCTIONS AND BENEFITS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 401(K) PRE TAX | 332.51 | 2,660.08 |
| MED PRE TAX | 209.91 | 1,679.28 |
| DENTAL PRE TAX | 19.85 | 158.80 |
| UNION DUES | 0.00 | 370.24 |
| 401(K) LOANS | 66.08 | 132.16 |
| POST TX BENEFIT | 38.89 | 311.12 |
| HSA Pre-Tax | 50.00 | 400.00 |
| Vision Pre-Tax | 7.67 | 61.36 |

**TAX INFORMATION STATUS AND RELOAD**

| Tax Authority | Status | No. Ex. | Addl Tax $ | CURRENT | | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips |
| Federa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 200.64 | 0.00 | 19,294.00 | 0.00 | 0.00 | 1,605.12 | 0.00 |
| Federa RRT1 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 170.14 | 0.00 | 21,954.08 | 0.00 | 0.00 | 1,361.15 | 0.00 |
| Federa RRT2 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 134.47 | 0.00 | 21,954.08 | 0.00 | 0.00 | 1,075.75 | 0.00 |
| Federa MED | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 39.79 | 0.00 | 21,954.08 | 0.00 | 0.00 | 318.33 | 0.00 |
| Delawa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 100.88 | 0.00 | 19,294.00 | 0.00 | 0.00 | 807.04 | 0.00 |
| Wilmin W/H | | 01 | 0.00 | 2,735.43 | 0.00 | 0.00 | 34.19 | 0.00 | 21,883.44 | 0.00 | 0.00 | 273.52 | 0.00 |
| Philad W/H | | 00 | 0.00 | 2,735.43 | 0.00 | 0.00 | 106.16 | 0.00 | 21,883.44 | 0.00 | 0.00 | 849.28 | 0.00 |

**AMTRAK**

National Railroad Passenger Corp.
Payroll Operations
10 G Street, NE - 3W132
Washington, DC 20002

Corporate Headquarters
1 Massachusetts Ave NW
Washington DC 20001
866-247-2915

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

| | |
|---|---|
| Employee Name | Lorraine E Ewing |
| Personnel No. | 00017320 |
| Check Sequence | WN021 |
| Rate of Pay | 3022.86 |
| Pay Period | Starting: 03/25/2019 Ending: 04/07/2019 |
| Pay Area | B2 Blwkly Exmt(Mon-Sun) |
| Payment Number | 00017320013930001 |
| Payment Date | 04/05/2019 |

Ms Lorraine E Ewing
3642 Prince Cir
Philadelphia PA 19114

You received the updated Standards of Excellence which includes info about Amtrak's Mission, Goals and Core Values. Please take time to review and address any questions to your manager or one of the listed contacts.

| | | ADDED | USED | LONG SUM | BALANCE |
|---|---|---|---|---|---|
| PTO | | 246.00 | 0.00 | 0.00 | 246.00 |

| BANK NAME | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| CITIZENS BANK OF PENNSYLVANIA | **** | 50.00 |
| RIVERFRONT FCU | **** | 1,369.11 |

### TOTALS

| | TOTAL GROSS WAGES | TAXES | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | ADJUSTMENTS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,022.86 | 766.28 | 619.94 | 197.53 | 0.00 | 1,419.11 |
| YEAR TO DATE | 21,160.02 | 5,503.92 | 4,339.58 | 708.55 | 0.00 | 10,607.97 |

### EARNINGS AND HOURS / DEDUCTIONS AND BENEFITS

| DESCRIPTION | HOURS | EARNINGS | YTD | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|---|
| REGULAR EARNING | 80.00 | 3,022.86 | 21,160.02 | 401(K) PRE TAX | 332.51 | 2,327.57 |
| IMPUTED INCOME | 0.00 | 8.63 | 61.61 | MED PRE TAX | 209.91 | 1,469.37 |
| | | | | DENTAL PRE TAX | 19.85 | 138.95 |
| | | | | UNION DUES | 92.56 | 370.24 |
| | | | | 401(K) LOANS | 66.08 | 66.08 |
| | | | | POST TX BENEFIT | 38.89 | 272.23 |
| | | | | HSA Pre-Tax | 50.00 | 350.00 |
| | | | | Vision Pre-Tax | 7.67 | 53.69 |

### TAX INFORMATION - STATUS AND RECAP

| | | | | CURRENT | | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Authority | Status | No. Ex. | Add'l Tax $ | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips |
| Federa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 200.64 | 0.00 | 16,882.25 | 0.00 | 0.00 | 1,404.48 | 0.00 |
| Federa RRT1 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 170.15 | 0.00 | 19,209.82 | 0.00 | 0.00 | 1,191.01 | 0.00 |
| Federa RRT2 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 134.47 | 0.00 | 19,209.82 | 0.00 | 0.00 | 941.28 | 0.00 |
| Federa MED | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 39.79 | 0.00 | 19,209.82 | 0.00 | 0.00 | 278.54 | 0.00 |
| Delawa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 100.88 | 0.00 | 16,882.25 | 0.00 | 0.00 | 706.15 | 0.00 |
| Wilmin W/H | | 01 | 0.00 | 2,735.43 | 0.00 | 0.00 | 34.19 | 0.00 | 19,148.01 | 0.00 | 0.00 | 239.33 | 0.00 |
| Philad W/H | | 00 | 0.00 | 2,735.43 | 0.00 | 0.00 | 106.16 | 0.00 | 19,148.01 | 0.00 | 0.00 | 743.12 | 0.00 |

**AMTRAK**

Corporate Headquarters
1 Massachusetts Ave NW
Washington DC 20001
866-247-2915

National Railroad Passenger Corp.
Payroll Operations
10 G Street, NE - 3W132
Washington, DC 20002

Amtrak is a registered service mark of the
National Railroad Passenger Corporation.

| | |
|---|---|
| Employee Name | Lorraine E Ewing |
| Personnel No. | 00017320 |
| Check Sequence | WN021 |
| Rate of Pay | 3022.86 |
| Pay Period | Starting: 03/11/2019 Ending: 03/24/2019 |
| Pay Area | B2 Biwkly Exmt(Mon-Sun) |
| Payment Number | 00017320001391001 |
| Payment Date | 03/22/2019 |

Ms Lorraine E Ewing
3642 Prince Cir
Philadelphia PA 19114

**MESSAGES**
You received the updated Standards of Excellence which includes info about Amtrak's Mission, Goals and Core Values. Please take time to review and address any questions to your manager or one of the listed contacts.

| TIME OFF | ACCRUED | USED | ADJ/SICK | BALANCE |
|---|---|---|---|---|
| PTO | 248.00 | 0.00 | 0.00 | 248.00 |

| PAYEE | ACCOUNT NUMBER | GROSS AMOUNT |
|---|---|---|
| CITIZENS BANK OF PENNSYLVANIA | **** | 50.00 |
| RIVERFRONT FCU | **** | 1,527.76 |

**TOTALS**

| | TOTAL GROSS WAGES | TAXES | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | ADJUSTMENTS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,022.86 | 786.27 | 619.94 | 38.89 | 0.00 | 1,577.76 |
| YEAR TO DATE | 18,137.16 | 4,717.64 | 3,719.64 | 511.02 | 0.00 | 9,188.86 |

**EARNINGS AND HOURS**

| DESCRIPTION | HOURS | EARNINGS | YTD |
|---|---|---|---|
| REGULAR EARNING | 80.00 | 3,022.86 | 18,137.16 |
| IMPUTED INCOME | 0.00 | 8.83 | 52.98 |

**DEDUCTIONS AND BENEFITS**

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 401(K) PRE TAX | 332.51 | 1,995.06 |
| MED PRE TAX | 209.91 | 1,259.46 |
| DENTAL PRE TAX | 19.85 | 119.10 |
| UNION DUES | 0.00 | 277.68 |
| POST TX BENEFIT | 38.89 | 233.34 |
| HSA Pre-Tax | 50.00 | 300.00 |
| Vision Pre-Tax | 7.67 | 46.02 |

**TAX INFORMATION - STATUS AND RECAP**

| Tax Authority | Status | No. Ex. | Add'l Tax $ | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips | Wages | Tips Reported | Reported Wages | Tax on Wages | Tax on Tips |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 200.64 | 0.00 | 14,470.50 | 0.00 | 0.00 | 1,203.84 | 0.00 |
| Federa RRT1 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 170.14 | 0.00 | 16,465.56 | 0.00 | 0.00 | 1,020.86 | 0.00 |
| Federa RRT2 | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 134.47 | 0.00 | 16,465.56 | 0.00 | 0.00 | 806.81 | 0.00 |
| Federa MED | | 00 | 0.00 | 2,744.26 | 0.00 | 0.00 | 39.79 | 0.00 | 16,465.56 | 0.00 | 0.00 | 238.75 | 0.00 |
| Delawa W/H | Married | 01 | 0.00 | 2,411.75 | 0.00 | 0.00 | 100.88 | 0.00 | 14,470.50 | 0.00 | 0.00 | 605.26 | 0.00 |
| Wilmin W/H | | 01 | 0.00 | 2,735.43 | 0.00 | 0.00 | 34.19 | 0.00 | 16,412.58 | 0.00 | 0.00 | 205.14 | 0.00 |
| Philad W/H | | 00 | 0.00 | 2,735.43 | 0.00 | 0.00 | 106.16 | 0.00 | 16,412.58 | 0.00 | 0.00 | 636.96 | 0.00 |