UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LORRAINE E. EWING and | : | |
| WILLIAM EWING, JR., | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTORS. | : | BANKRUPTCY NO. 19-13281-MDC |
| | : | |
| | : | |
| | : | |

_____

**CERTIFICATE OF NO OBJECTION TO
MOTION OF DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC FOR
RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH *IN REM* REMEDIES
ON THE PERSONAL PROPERTY COMMONLY KNOWN AS THE TIMESHARE
INTEREST POINTS: 4500, INTIAL USE YEAR, 2009**

The undersigned hereby certifies that he is aware of no formal or informal objection or response to the Movant's Motion for Relief from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly Known as the Timeshare Interest 4500 Points with Initial Use Year, 2009 (Docket No. 32) (the "Motion"), filed by counsel to Diamond Resorts on August 26, 2019. He has reviewed the Court's docket and no objection to the Motion appears thereon.

Then notice of the Motion established September 12, 2019 as the deadline (Docket No. 33) (the "Objection Deadline") for receipt of objections to the Motion, and no extension of the Objection Deadline was granted.

Accordingly it is respectfully requested that the Court enter the proposed form of order filed with the Motion, a copy of which order (modified only to reflect the docket numbers of the related documents) is attached hereto as Exhibit A.

Date: September 16, 2019                    /s/ Douglas Leavitt, Esquire
                                            Douglas Leavitt, Esquire
                                            Danziger Shapiro & Leavitt, P.C.
                                            600 Chestnut Street
                                            Suite 1050
                                            Philadelphia, PA 19106
                                            Phone: (215) 545-4830
                                            Fax: (215) 545-6710


                                            Attorney for Diamond Resorts

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

LORRAINE E. EWING and
WILLIAM EWING, JR., : CHAPTER 13

DEBTORS. : BANKRUPTCY NO. 19-13281-MDC

## ORDER

**AND NOW**, this ____ day of _____, 2019, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 4500 Points with Initial Use Year, 2009 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

**ORDERED**, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtors' interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

**FURTHER ORDERED**, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
600 Chestnut Street
Suite 1050
Philadelphia, PA 19106

Lorraine E. Ewing and
William Ewing, Jr.
3642 Prince Circle
Philadelphia, PA 19114

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C, Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Telephone: (877) 885-5919
Facsimile: (757) 351-3257
E-mail: claims@recoverycorp.com