UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

LORRAINE E. EWING and
WILLIAM EWING, JR.,      : CHAPTER 13

DEBTORS.   : BANKRUPTCY NO. 19-13281-MDC

## ORDER

AND NOW, this 2nd day of October, 2019, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 4500 Points with Initial Use Year, 2009 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

**ORDERED**, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtors' interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

**FURTHER ORDERED**, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
600 Chestnut Street
Suite 1050
Philadelphia, PA 19106

Lorraine E. Ewing and
William Ewing, Jr.
3642 Prince Circle
Philadelphia, PA 19114

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Telephone: (877) 885-5919
Facsimile: (757) 351-3257
E-mail: claims@recoverycorp.com

2