United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13281-mdc
Lorraine E. Ewing                                                   Chapter 13
William Ewing, Jr.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: YvetteWD            Page 1 of 1                Date Rcvd: Oct 04, 2019
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db/jdb         +Lorraine E. Ewing,    William Ewing, Jr.,    3642 Prince Circle,    Philadelphia, PA 19114-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Joint Debtor William  Ewing, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              BRANDON J. PERLOFF    on behalf of Debtor Lorraine E. Ewing bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development LLC
               leavitt@ds-l.com,    filing@ds-l.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | |
| LORRAINE E. EWING and : | |
| WILLIAM EWING, JR., : | CHAPTER 13 |
| : | |
| DEBTORS.: | BANKRUPTCY NO. 19-13281-MDC |
| : | |

## ORDER

**AND NOW**, this 2nd day of October, 2019, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 4500 Points with Initial Use Year, 2009 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

**ORDERED**, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtors' interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

**FURTHER ORDERED**, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
600 Chestnut Street
Suite 1050
Philadelphia, PA 19106

Lorraine E. Ewing and
William Ewing, Jr.
3642 Prince Circle
Philadelphia, PA 19114

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Telephone: (877) 885-5919
Facsimile: (757) 351-3257
E-mail: claims@recoverycorp.com