IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Lorraine E. Ewing | : | |
| William Ewing, Jr. | : | |
| Debtors | : | BANKRUPTCY NO.: 19-13281-mdc |

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's First Amended Chapter 13 Plan have been served upon the following interested parties this 20th day of November, 2019.

cc:     **Notice will be electronically mailed to:**

DOUGLAS M LEAVITT on behalf of Creditor Diamond Resorts U.S. Collection Development LLC leavitt@ds-l.com, filing@ds-l.com

KEVIN G. MCDONALD on behalf of Creditor Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
 philaecf@gmail.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

**Notice will be sent via first class mail to:**

Lorraine and William Ewing
3642 Prince Circle
Philadelphia, PA 19114

Quantum3 Group LLC
as agent for Sadino Funding, LLC
PO Box 788
Kirkland, WA 98083-0788

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, Pa. 17128-0946

Water Revenu Bureau
Pamela Elchert Thurmond
Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595

                                        Respectfully submitted,

                                        _/s/ Brandon Perloff_____
Brandon Perloff, Esq.
Kwartler Manus, LLC
1429 Walnut Street, Ste 701
Philadelphia, PA 19102