# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  William Ewing Jr.<br>Lorraine E. Ewing<br>                    Debtors<br><br>Specialized Loan Servicing, LLC<br>                    Movant<br>         vs.<br>William Ewing Jr.<br>Lorraine E. Ewing<br>                    Respondents | CHAPTER 13<br><br><br>NO. 19-13281 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Plan filed by Specialized Loan Servicing, LLC, which was filed with the Court on or about June 14, 2019 (Doc. No. 22).

                                       Respectfully submitted,

                                       **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322

February 3, 2020