**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**

Lorraine E. Ewing
William Ewing, Jr.
      **Debtors**

13

Bky No.: 19-13281-mdc

**ORDER**

**AND NOW,** this 19th day of March 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,250.00 less $1,417.00 already paid with a remaining balance of **$3,833.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

**BY THE COURT:**

_Magdeline D. Coleman_
_____
Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

**CC:**   **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Lorraine E. Ewing
William Ewing
3642 Prince Circle
Philadelphia, PA 19114