United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lorraine E. Ewing  
William Ewing, Jr.  
    Debtors

Case No. 19-13281-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Mar 19, 2020  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db/jdb        +Lorraine E. Ewing,   William Ewing, Jr.,   3642 Prince Circle,   Philadelphia, PA 19114-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:

          BRANDON J PERLOFF    on behalf of Joint Debtor William  Ewing, Jr. bperloff@kmfirm.com,  
           kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net  
          BRANDON J PERLOFF    on behalf of Debtor Lorraine E. Ewing bperloff@kmfirm.com,  
           kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net  
          DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development LLC  
           leavitt@ds-l.com,   filing@ds-l.com  
          KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing, LLC  
           bkgroup@kmllawgroup.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing, LLC  
           bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Lorraine E. Ewing
William Ewing, Jr.
         Debtors

13

Bky No.: 19-13281-mdc

## ORDER

**AND NOW,** this 19th day of March 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,250.00 less $1,417.00 already paid with a remaining balance of **$3,833.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

BY THE COURT:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

**CC:**   **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Lorraine E. Ewing
William Ewing
3642 Prince Circle
Philadelphia, PA 19114