Certificate Number: 12433-PAE-DE-037727250

Bankruptcy Case Number: 19-13281



12433-PAE-DE-037727250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2023, at 7:57 o'clock PM EDT, William Ewing, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 31, 2023        By:    /s/Candace Jones

                                Name:  Candace Jones

                                Title: Counselor