United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lorraine E. Ewing  
William Ewing, Jr.  
    Debtors

Case No. 19-13281-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lorraine E. Ewing, William Ewing, Jr., 3642 Prince Circle, Philadelphia, PA 19114-1821 |
| 14328075 | + | Cavalry Portfolio Services, PO Box 2788, Tempe, AZ 85280-2788 |
| 14328077 | + | Comenity Bank/ gmstop, Attn: Bankruptcy Dept, PO Box 182120, Columbus, OH 43218-2120 |
| 14328083 | | Ditech Financial, PO Box 6172, Rapid City, SD 57709-6172 |
| 14328087 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14339955 | + | Specialized Loan Servicing, LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14328101 | + | Vacation Villages, 2949 Arabian Nights Blvd, Kissimmee, FL 34747-4551 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2023 01:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14328073 | + | Email/Text: wwilde@aspennational.com | Sep 02 2023 01:28:00 | Aspen Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 14328074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2023 00:13:59 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14328076 | | Email/Text: megan.harper@phila.gov | Sep 02 2023 01:28:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14385975 | | Email/Text: megan.harper@phila.gov | Sep 02 2023 01:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14328078 | | Email/Text: cfcbackoffice@contfinco.com | Sep 02 2023 01:28:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714 |
| 14342924 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 00:54:26 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14330828 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2023 01:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14328079 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2023 00:42:44 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 19-13281-mdc   Doc 74   Filed 09/03/23   Entered 09/04/23 00:35:16   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14328082 | | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14328080 | + | Email/Text: bankruptcy@diamondresorts.com | Sep 02 2023 01:28:00 | Diamond Resort International, Inc., 10600 W. Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14328081 | + | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Bank, P.O. Box 30416, Salt Lake City UT 84130-0416 |
| 14336364 | | Email/Text: mrdiscen@discover.com | Sep 02 2023 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14354490 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 02 2023 01:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14328084 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2023 00:42:38 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14328085 | + | Email/Text: bankruptcy@sccompanies.com | Sep 02 2023 01:28:00 | Ginny's Inc, 1112 7th Avenue, Monroe WI 53566-1364 |
| 14328086 | + | Email/Text: BKRMailOPS@weltman.com | Sep 02 2023 01:28:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14362138 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 00:41:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14328088 | + | Email/Text: bankruptcy@sccompanies.com | Sep 02 2023 01:27:00 | Masseys, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 14328089 | + | Email/Text: bankruptcy@sccompanies.com | Sep 02 2023 01:27:00 | Masseys, P.O. Box 2822, Monroe WI 53566-8022 |
| 14328090 | + | Email/Text: bncnotifications@pheaa.org | Sep 02 2023 01:28:00 | PA HIGHER EDUCATON ASSISTANCE AGENCY, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14328091 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 02 2023 01:28:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14364677 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2023 00:41:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14364190 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2023 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14328092 | ^ | MEBN | Sep 01 2023 23:56:01 | Philadelphia Gas Works, Attn: Bankruptcy Dept 3F, 800 W. Montgomery Ave, Philadlephia, PA 19122-2898 |
| 14328093 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 02 2023 00:42:55 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14328095 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2023 01:28:00 | Premier Bank Card, LLC, C/o/ Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 14351907 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2023 01:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14328096 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14332493 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14332489 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14361221 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2023 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14328097 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 02 2023 01:28:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14328098 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 02 2023 01:28:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14328099 | + | Email/Text: bankruptcy@sccompanies.com | Sep 02 2023 01:28:00 | Swiss Colony, 1112 7th Ave, Monroe WI 53566-1364 |
| 14330799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:13:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14330229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2023 00:13:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14328100 | + | Email/Text: bncmail@w-legal.com | Sep 02 2023 01:28:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14328102 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 02 2023 01:27:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14328104 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 02 2023 01:27:00 | Verizon Wireless, PO Box 49, Lakeland FL 33802-0049 |
| 14328103 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2023 00:42:43 | Verizon by American Info Source LP as Ag, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14328105 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 02 2023 01:28:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14364381 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14328094 | ##+ | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Joint Debtor William Ewing Jr. bperloff@perlofflaw.com, |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRANDON J PERLOFF

    on behalf of Debtor Lorraine E. Ewing bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS

    on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DOUGLAS M LEAVITT

    on behalf of Creditor Diamond Resorts U.S. Collection Development LLC leavitt@ds-l.com filing@ds-l.com

KENNETH E. WEST

    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD

    on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lorraine E. Ewing and William Ewing, Jr.

        Debtor(s)                      Case No: 19−13281−mdc

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/1/23